**In re Allen BERGER, Jr.**

No. 2013–1473.

United States Court of Appeals, Federal Circuit.

March 18, 2014.

Jesus Sanchelima, Sanchelima & Associates, P.A., of Miami, Florida, argued for appellant.

Joseph Matal, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Nathan K. Kelley, Solicitor, and Coke Morgan Stewart, Associate Solicitor.

Andrew Blair–Stanek, University of Maryland, Francis King Carey School of Law, of Baltimore, Maryland, amicus curiae.

NEWMAN, O'MALLEY, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**